FILED

11/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

## IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0225

MONTANA ENVIRONMENTAL INFORMATION CENTER
& SIERRA CLUB,

*Plaintiffs / Appellees / Cross-Appellants*,

v.

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY
& NORTHWESTERN CORPORATION,

*Defendants / Appellants / Cross-Appellees*

and

STATE OF MONTANA, BY AND THROUGH THE
OFFICE OF THE ATTORNEY GENERAL,

*Intervenor-Defendant-Appellant*.

## ORDER GRANTING LEAVE TO FILE *AMICUS* BRIEF

IT IS HEREBY ORDERED that the motion of the 16 Youth Plaintiffs in *Held v. State of Montana* seeking leave to file an *amicus curiae* brief in the above-captioned matter is GRANTED. Youth *Amici* are granted leave to file their *amicus* brief on November 28, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 28 2023